

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00724-CV

**IN THE INTEREST OF R.S.-T., A CHILD**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2048-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

In this accelerated appeal of the October 13, 2016 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on December 19, 2016. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by January 9, 2017. *See id.* Further motions for extension of time to file Appellant's brief are discouraged. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court